**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYMEYON HILL,<br><br>         Plaintiff,<br><br>    v.<br><br>BOWERS, et al.,<br><br>         Defendants. | No. 2:21-CV-1602-DMC-P<br><br><br>ORDER |

Plaintiff, a civil detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 4. Plaintiff's complaint, and service thereof, will be addressed separately. The Clerk of the Court shall not issue summons unless specifically directed by the court to do so.

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Plaintiff is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to
2 proceed in forma pauperis, ECF No. 4, is granted.

4 Dated: October 13, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2