IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOWERS, et al.,<br><br>　　　　Defendants. | No. 2:21-CV-1602-KJM-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a civil detainee proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

　　　　On February 1, 2022, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 1, 2022, are adopted in full;

2. This action is dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: August 29, 2022.

                                          CHIEF UNITED STATES DISTRICT JUDGE